UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COTTON PATCH CAFÉ | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:09-CV-03242-MJG |
| MICROS SYSTEMS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(a)(II), the parties hereto, Plaintiff Cotton Patch Café, Inc. and Defendant MICROS Systems, Inc, by their undersigned counsel, submit and agree to this Joint Stipulation of Dismissal With Prejudice in the above-entitled action.

Respectfully submitted,

KANE RUSSELL COLEMAN & LOGAN P.C.

By: /s/ Robert N. LeMay
Robert N. LeMay
(Admitted pro hac vice)
1601 Elm Street, Suite 3700
Dallas, Texas 75201

NILES BARTON & WILMER, LLP

By: /s/ Craig D. Roswell
Craig D. Roswell
Federal Bar No. 433406
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, MD 21202
(410) 783-6341
(410) 783-6486 (fax)

BAKER BOTTS, LLP

By: /s/ Ryan Bangert
Ryan Bangert
(Admitted Pro Hac Vice)
Baker Botts, LLP
2001 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6621

Attorneys For Plaintiff

And

PESSIN KATZ LAW, P.A.

By: /s/ Steven A. Allen
Steven A. Allen (Bar #00607)
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
(410) 339-6769
(410) 832-5602 (fax)
sallen@hpklegal.com
Attorneys for Defendant

SO ORDERED, on Tuesday, September 3, 2013.

/s/
Marvin J. Garbis
United States District Judge

2